UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRUCE SMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO.  12-cv-10291-WGY |
| | ) | |
| CITY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFFS' WITNESSES AND EXHIBITS

Defendant, City of Boston ("City"), hereby objects to Plaintiffs' proposed witnesses and exhibits as follows:

## I.   WITNESSES.

The City objects to the Plaintiffs' expert witness, Joel Wiesen, Ph.D. due to Plaintiffs' failure to comply with Fed. R. Civ. P. 26(a)(3) and Local Rule 26.4, which require that expert disclosures – including expert reports – be served at least 90 days before the pretrial conference.  Plaintiff's served Dr. Wiesen's expert report on validity on September 24, 2014, some 48 days prior to the November 10, 2014 pre-trial conference, or 42 days late.

Dr. Wiesen's allegedly forthcoming expert report regarding validity has not yet been served, and, therefore – to the extent it does get served – is similarly violative of the Rules of this Court.  Dr. Wiesen should therefore not be allowed to testify at trial for any purpose.  The City similarly objects to any other as yet identified experts by Plaintiffs.

Finally, with respect to Plaintiffs' other proposed witnesses, the City reserves the right to object their admissibility and/or  evidentiary import at trial.

1

## II.   **EXHIBITS**.

For the same reasons, the City also objects to introduction of Plaintiffs' Expert Report of Joel Wiesen, Ph.D. on Adverse Impact (Plaintiffs' Exhibit # 75), served on September 24, 2104, and to Plaintiffs' Expert Report of Joel Wiesen, Ph.D. on Validity (Plaintiffs' Exhibit #76), not yet served.  These Reports are in clear violation of Fed. R. Civ. P. 26(a)(3) and Local Rule 26.4 and should be excluded.  In addition, both of these Reports are hearsay and should not be admitted.  The City similarly objects to any other expert report Plaintiffs' attempt to serve prior to trial.

Finally, with respect to Plaintiffs' other proposed exhibits, the City reserves the right to object their admissibility and/or  evidentiary import at trial.


Respectfully submitted,

CITY OF BOSTON,

By its attorneys,

/s/John M. Simon
Kay H. Hodge (BBO # 236560)
John M. Simon (BBO#645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789
khodge@scmllp.com
jsimon@scmllp.com

Dated:  November 10, 2014

Amy E. Ambarik, BBO#637348
Nicole I. Taub, BBO#663517
Boston Police Department
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550
AmbarikA.bpd@cityofboston.gov
TaubN.bpd@cityofboston.gov

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on November 10, 2014.

                          /s/John M. Simon
                          John M. Simon