## Ben Weber

| | |
|---|---|
| **From:** | John Simon <jsimon@scmllp.com> |
| **Sent:** | Friday, December 05, 2014 1:56 PM |
| **To:** | Harold Lichten; Ben Weber; steve@fairworklaw.com |
| **Cc:** | Geoffrey Bok; Kay Hodge |
| **Subject:** | Smith v BPD |
| **Attachments:** | Report of Jacinto M. Silva, Ph. D..pdf |

I am attaching the City's expert report on adverse impact.   A hard copy is being hand delivered today.  Thank you.

John M. Simon, Esq.
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789 phone
(617) 556-8989 facsimile
jsimon@scmllp.com

This e-mail and any attachments are confidential and may be privileged.   If you are not the intended recipient, please notify the sender immediately and destroy all copies of the message and any attachments.  Unauthorized dissemination, use or copying of the email or attachments is prohibited.