AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

Smith et al

V.

City of Boston

**EXHIBIT AND WITNESS LIST**

Case Number: 1:12-cv-10291-WGY

| PRESIDING JUDGE<br>Young | | PLAINTIFF'S ATTORNEY<br>Churchill, Lichten, Weber | | | DEFENDANT'S ATTORNEY<br>Bok, Hodge, Simon |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>12/15/2014 | | COURT REPORTER<br>Richard Romanow | | | COURTROOM DEPUTY<br>Gaudet |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/15/2014 | | | P-1, Joel Wiesen, Ph.D (12/15, 12/16, 12/17) |
| 76 | | 12/16/2014 | | X | |
| F | | 12/17/2014 | | | ID only |
| 77 | | 12/17/2014 | | X | Previously marked as F for ID |
| 78 | | 12/17/2014 | | X | |
| | | 12/17/2014 | | | P-2, Bruce Smith |
| 79 | | 12/17/2014 | | X | |
| | | 12/17/2014 | | | D-1, J Silva (12/17, 12/18) |
| G | | 12/18/2014 | | | ID only |
| | | 12/19/2014 | | | D-2, Michael Campion (12/19,12/22) 1/5/2015 |
| H | | 12/22/2014 | | | ID only Appendix A |
| I | | 12/22/2014 | | | ID only |
| J | | 12/22/2014 | | | ID only |
| K | | 12/22/2014 | | | ID only |
| 80 | | 12/22/2014 | | X | 2002 BPD Draft written validity report |
| 81 | | 12/22/2014 | | X | 2002 BPD Assessment Center Validity Report |
| 82 | | 12/22/2014 | | X | Limited (not for the truth just for the fact that it was said on this date) |
| L | | 1/5/15 | X | | For ID |
| | | 1/5/15 | | | ~~D-3~~ Edward Davis |
| | | 1/6/15 | | | P-4 L. Hough |
| 83 | | 1/6/15 | | X | Expert report of Hough |
| | | 1/6/15 | | | P-5 Callahan |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

V.

## EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 1/7/15 |  |  | ~~Def~~ D-3 William B. Evans |
| 84 |  | 1/7/15 |  |  | Comm. Evan's resume |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages