# United States Court of Appeals
## For the First Circuit

No. 17-8030

BRUCE SMITH; PAUL JOSEPH; MARTIN JOSEPH; KIM GADDY; BRIAN KEITH LATSON; LEIGHTON FACEY; MARWAN MOSS; LATEISHA ADAMS,

Plaintiffs, Respondents,

JOHN M. JOHNSON; ROBERT TINKER,

Plaintiffs,

v.

CITY OF BOSTON, Massachusetts,

Defendant, Petitioner.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: April 17, 2019

The Petition for Permission to Appeal is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Stephen S. Churchill
Harold L. Lichten
Benjamin Weber

Kay H. Hodge
Geoffrey Robbins Bok
Amy E. Condon
John Matthew Simon
Nicole Ilse Taub
Robert Lawrence Quinan Jr.