UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE SMITH, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CITY OF BOSTON, )<br>)<br>Defendant. )<br>) | CIVIL NO. 12-cv-10291-WGY |

## NOTICE OF WITHDRAWAL OF GEOFFREY R. BOK

Geoffrey R. Bok hereby withdraws as an attorney for the Defendant City of Boston (the "City") in this matter. The City will continue to be represented in this matter by Attorneys Kay H. Hodge and John Simon, and the law firm of Stoneman Chandler & Miller LLP. Attorney Harold Lichten has informed the undersigned that the Plaintiffs do not oppose this withdrawal.

Respectfully submitted,

/s/Geoffrey R. Bok
Geoffrey R. Bok (BBO # 550851)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789
gbok@scmllp.com

Dated:  May 8, 2019

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on May 8, 2019.

/s/Geoffrey R. Bok
Geoffrey R. Bok