UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE SMITH, PAUL JOSEPH, MARTIN JOSEPH, KIM GADDY, BRIAN KEITH LATSON, MARWAN MOSS, LEIGHTON FACEY, and LATEISHA ADAMS,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS<br><br>   Defendant. | Civil Action No.: 12-10291-WGY |

**PLAINTIFFS' SUPPLEMENT TO THE JOINT PRETRIAL MEMORANDUM**

On June 3, 2019, the parties file a pretrial memo. ECF No. 256. On July 1, 2019, this Court denied Plaintiffs' motion to exclude evidence related to the 2014 Boston police lieutenants promotional examination. Accordingly, Plaintiffs now file a supplement to the joint pretrial memo below.

**X.**     **Witnesses**

    **A.**     **Plaintiffs**

Plaintiffs may call the following witnesses:

        1.      Joel Wiesen, Ph.D. (expert)
                  Applied Personnel Research
                  62 Candlewood Road
                  Scarsdale, NY 10583-6040
                  (617) 244-8859

        2.      Eddie Chrispin (fact)
                  139 Windham Rd.
                  Hyde Park, MA 02136
                  (617) 908-7531

3. William Gross (fact)
Boston Police Commissioner
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4500

4. Employee in Human Resources Department for City of Boston Police Department

5. Bruce Smith (fact)
May be contacted through Plaintiffs' counsel

6. Paul Joseph (fact)
May be contacted through Plaintiffs' counsel

7. Martin Joseph (fact)
May be contacted through Plaintiffs' counsel

8. Kim Gaddy (fact)
May be contacted through Plaintiffs' counsel

9. Brian Keith Latson (fact)
May be contacted through Plaintiffs' counsel

10. Marwan Moss (fact)
May be contacted through Plaintiffs' counsel

11. Leighton Facey (fact)
May be contacted through Plaintiffs' counsel

12. Lateisha Adams (fact)
May be contacted through Plaintiffs' counsel

13. Kenneth Sousa (fact)
May be contacted through Plaintiffs' counsel

14. William Woodley (fact)
May be contacted through Plaintiffs' counsel

15. Stanley Desmesmin (fact)
May be contacted through Plaintiffs' counsel

16. Former Commissioner Williams Evans (fact)

                As a former BPD Commissioner, Defendant should be in possession of his contact information.

17. Former Commissioner Edward Davis (fact)
    As a former BPD Commissioner, Defendant should be in possession of his contact information.

Plaintiffs reserve the right to amend this list if the City attempts to amend its witness and exhibit lists.

## XI. Proposed Exhibits

### A. Plaintiffs

1. Expert Report of Joel Wiesen, Ph.D.: Shortall and Delay Analyses for BPD Lieut Exam dated December 15, 2015

2. Expert Report of Joel Wiesen: Rebuttal Report to Dr. Jacobs: Adverse Impact of the 2008 and 2005 BPD Exams for Lieutenant dated December 9, 2014

3. Collective Bargaining Agreements between Boston Police Superior Officer Federation and the City of Boston in effect from 2008 to the present

4. Pay records for all Plaintiffs (to be subpoenaed)

5. Boston Superior Officer Pay Scales 2011-present

6. List of Individuals Promoted from 2008 Boston Police Lieutenants Exam with dates of promotion

7. List of retirement dates for Plaintiffs

8. Actuarial Life Tables

9. Expert Report of Joel Wiesen: Supplemental Report as to Damages, dated July 11, 2019

10. Documents relating to the formulation and implementation of the City of Boston's 2014 Lieutenant's examination (e.g., recommendations from EB Jacobs).

11. Plaintiffs reserve the right to introduce exhibits that were admitted into evidence during the trial on liability in this matter.

12. Plaintiffs reserve the right to supplement this proposed exhibits list after the City has put forth its list of proposed exhibits (which, as explained below, it has yet to do).

After remedy is decided, Plaintiffs plan on filing a motion for fees and costs and may present relevant exhibits at that time.

Furthermore, Plaintiffs object to Defendant failing to designate any exhibits as it will harm their ability to prepare for trial and retain the right to designate further exhibits if the City designates any of its own exhibits.

Respectfully submitted,

BRUCE SMITH, et al.
By their attorneys,

/s/ Harold Lichten
Harold Lichten, BBO#549689
Benjamin Weber, BBO#673736
Zachary L. Rubin, BBO #704485
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02114
(617) 994-5800
hlichten@llrlaw.com
bjweber@llrlaw.com

Stephen Churchill, BBO# 564158
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3262
steve@fairworklaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served on counsel for all parties through the ECF system on this date.

DATED: September 18, 2019                              /s/ Harold L. Lichten
                                                                                Harold L. Lichten